FILED

2021 MAY 18  AM 9:32  11:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

Chungyoul Lee
967 Dewey Ave.
Los Angeles, CA 90006

213-277-1106

Plaintiff in pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Chungyoul Lee
   Plaintiff,

  vs.

Banerjee Subhranil; XTRM Technology, LLC;
DOES 1-10

   Defendants

Case LACV21-4123-SB-JEMx

COMPLAINT FOR

BREACH OF AGREEMENT
EMBEZZLEMENT
FRAUD

---

## I.  SUMMARY

1. This is a bitcoin related international fraud action by Plaintiff Chungyoul Lee("Plaintiff") against Banerjee Subhranil ("Subhranil") who resides in India and his entity, XTRM Technology, LLC ("XTRM") which is located in the United States. .

2. Plaintiff seeks damages including punitive damages , legal document assistant's fees, interpreter fees [and attorney's fee if going to the trial after failing settlement] and costs.

## II. JURISDICTION AND VENUE

3. Jurisdiction of this Federal Court is invoked against Defendant Subhranil, pursuant to 28 U.S.C. §1332, because Defendant Subhranil is residing in India and Defendant XTRM is a

Delaware corporation and Plaintiff is demanding compensation more than $75,000 from Defendants.

4. Supplemental jurisdiction for claims brought under parallel California law – arising from the same nucleus of operative facts – is predicated on 28 U.S.C § 1367.

5. Plaintiff's claims are authorized by 28 U.S.C. §§ 2201 and 2202.

6. All actions complained of herein take place within the jurisdiction of the United States District Court, Central District of California, and venue is invoked

### III. PARTIES

7. Plaintiff is an individual, over the age of eighteen, and a resident of the County of Los Angeles, State of California.

8. Plaintiff is informed and believes that Defendant Subhranil is a citizen of Republic of India living in Kolkata, India.

.9. Plaintiff is informed and believes that Defendant XTRM is a Delaware Corporation is duly doing business in the State of Delaware, the United States.

8. Plaintiff is not only a victim for himself but also the Assignee of other victims, Assignors ("Assignors") Taesim Choi, Yeonsu Park, Jihyun Lee Youngbok Park, Gongsuk Kim, Seongran Kim, Khehyang Baik, Hyangsook Choi, Chaejung Shin, Yeongseon Lee, Jiyoung Back, Oksoon Cho, Jinsoo Park, Younghwa Kim, Youngran Im, Sookheem Kim, Dongsook Kim, Byoungkook Min, Jungho,  Shin, Seokran Jang, Sungyu Lee, Soonhee Gang, Eunmee Lee,  Park Hyangjin, Mija Park, Song Hoon Jeong, Kiseong Koo, Changhwan Kim, Doobyung Park, Gimoon Bae, Hosoon Kim, Misook Kim, Giseok Yang, Yongsoon  Shin; Byoungjin Min.

### IV. COMMON FACTS

9. About in July of 2018, Subhranil held presentation events in the parliamentary hall in Seoul Korea and enticed many people to purchase XTRM coins while promising that the buyers of the XTRM coins will get a lot of profits including interest.  At first, the purchased XTRM

coins were OK.  However, from about August of 2020, bad incidents have been happening such as no interest payments, disappearing the money in digital wallets, and so on.

10. The total number of victims became about 700 or 800 people.  Among them, Plaintiff and his Assignors decided to file a civil lawsuit to the United States Court , of the nation of the United States of America, in which the second Defendant XTRM is located.

11. Subhranil introduced to many people including Plaintiff and his Assignors that while his entity is located in the United States [not in India], and he lured people to invest to a United States company not an India company by purchasing his XTRM coins. Later especially after the troubles happened in the purchased XTRM coins, it was found that Subhranil is not an American but an Indian and the reason why he introduced the American company rather than an Indian company is to defraud Plaintiff and his Assignors more easily.

## FIRST CAUSE OF ACTION
## BREACH OF AGREEMENT
(Against All Defendants)

12.   Plaintiff realleges and incorporates herein by reference each and every allegation set forth in Paragraphs 1 through 11, inclusive.

13.   As stated in the common part, according to the oral agreement between Plaintiff/ his Assignors and Defendants, the interest payment began to be made.  However, later, Defendants breached this agreement.

14.   Plaintiff/his Assignors have been damaged in an amount to be proven at trial as a result of this cause of action

## SECOND CAUSE OF ACTION
## EMBEZZLEMENT
(Against All Defendants)

15.   Plaintiff realleges and incorporates herein by reference each and every allegation set forth in Paragraphs 1 through 14, inclusive.

16.   Defendants not only stopped paying interest to Plaintiff/his Assignors but also embezzled money of Plaintiff/his Assignors through digital wallets.  Even though, the digital

wallets show some figures of amount, the amount was not there actually by Defendants'
embezzling the amount.

17.    Plaintiff is informed and believes and thereon alleges that such embezzlement was
wanton, oppressive, intentional, and despicable thereby warranting the award of punitive and
exemplary damages.

THIRD CAUSE OF ACTION<br>FRAUD<br>(Against All Defendants)

18.    Plaintiff realleges and incorporates herein by reference each and every allegation set
forth in Paragraphs 1 through 17, inclusive.

19.    Defendant Subhranil as an executive officer of Defendant XTRM represented that
the XTRM coin purchasers would have big profits and he would continue to pay interest to
Plaintiff/ his Assignors without the intention of keeping that representations.  And they relied on
those representation to purchase the XTRM coins.  As the result, Defendants' representation
turned out to be false and it caused Plaintiff/his Assignors to lose money.

20.    Moreover, Defendants are still misrepresenting that they would begin to resume the
interest payment and would return the embezzled money.  Meanwhile Plaintiff/his Assignors
relied on those representations for several months.  Nevertheless, still until the time of preparing
this complaint, Defendants' representations have become fraudulent representations.

21.    Plaintiff is informed and believes and thereon alleges that such fraud was wanton,
oppressive, intentional, and despicable thereby warranting the award of punitive and exemplary
damages.

WHEREFORE, Plaintiff prays for damages and relief against Defendants, and each of
them as follows:

As to All Causes of Action:

1.    For compensatory damages in an amount to be proven at trial.

2.  For damages from emotional distress and mental suffering in an amount to be proven at trial.

3.  For consequential damages.

4.  For costs of suit incurred herein.

5.  For the promised interest.

6.  For legal document assistant's fees, interpreter fees, and attorney's fee if going to the trial after failing settlement.

7.  For such other and further relief as the court deems proper and appropriate.

As to the Second and Third Causes of Action:

1.  For punitive and exemplary at damages in an amount to be proven at trial.


DATED:        May 17, 2021          Respectfully Submitted,


_____

Chungyoul Lee, Plaintiff in pro per