UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNGYOUL LEE,<br><br>       Plaintiff,<br><br>v.<br><br>BANERJEE SUBHRANIL et al.,<br><br>       Defendants. | Case No. 2:21-cv-04123-SB-JEM<br><br><br>ORDER TO SHOW CAUSE FOR FAILURE TO FILE PROPER PROOF OF SERVICE |

    Plaintiff in this case has now sought entry of default against Defendant XTRM Technology, LLC three times.  Dkt. Nos. 17, 21, 25.  Each time, the Clerk has entered a Notice of Deficiency identifying that Plaintiff's service is improper because (1) the Complaint names "XTRM Technology, LLC" as the Defendant but the proof of service reflects "XTRM Technologies, LLC," and (2) the name of the recipient of the certified mail is illegible.  Dkt. Nos. 19, 23, 27.  The Court identified these errors in its order granting Plaintiff's motion to reinstate this case.  Dkt. No. 20 at 1–2.  Plaintiff states that the discrepancy is due to "accidentally/inadvertently misspell[ing]" XTRM Technology, LLC as XTRM Technologies, LLC on the receipt card.  Dkt. No. 26 ¶ 3.  But as the Clerk noted, "[t]he name of the person served" must "exactly match the person named in the complaint."  Dkt. Nos. 19, 23.

    Plaintiff has failed to correct this error in its renewed requests for entry of default, and accordingly, the Court hereby orders Plaintiff to show cause why this case should not be dismissed for lack of prosecution, in writing, no later than February 17, 2023.  Plaintiff is ordered to appear at a hearing on this order on February 24, 2023 at 8:30 a.m. in Courtroom 6C.  This order to show cause and the scheduled hearing will be vacated upon the filing of proper proof of service that corrects the errors identified by the Clerk.  If Plaintiff files proper proof of service, the Court expects him to move expeditiously in the prosecution of this action.

Failure to do so or to file proper proof of service or respond to this order to show cause may result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Date: February 7, 2023

                                                    Stanley Blumenfeld, Jr.
                                                    United States District Judge